# Court of Appeals
# of the State of Georgia

ATLANTA,  July 10, 2020

*The Court of Appeals hereby passes the following order:*

**A20E0047. In the Interest of D. D. T. et al.**

On July 9, 2020, Dawn Harris filed this emergency motion for an extension of time to file an application for a discretionary appeal of the trial court's order of November 1, 2019, terminating her parental rights in two children.

Because the emergency motion does not meet the requirements of Court of Appeals Rule 40 (b), the motion is DENIED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  07/10/2020
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.